## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In re:  Emmaivette Vasquez, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr.# 11-13222/ELF |

## ORDER

     **AND NOW**, upon consideration of the Motion of Debtor Emmaivette Vasquez, it is hereby

     **ORDERED** that all wage orders are hereby VACATED, and the employer of Debtor is hereby ordered to immediately cease all deductions from the payroll earnings of Emmaivette Vasquez.

BY THE COURT:

**Date: August 3, 2016**

_____

ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:   William C. Miller
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA    19106-0119

      Andrew R. Vara
      Acting United States Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, Pa 19107

      Children's Hospital of Philadelphia
      **Attn:  Stephanie Mancini,**
      **Payroll Department**
      34th & Civic Center Boulevard
      Philadelphia, PA 19104

      Emmaivette Vasquez
      5914 Roosevelt Boulevard
      Philadelphia, PA    19149

      Wells Fargo Home Mortgage, Inc.
      3476 Stateview Boulevard
      Fort Mill, SC   29715-0000

      Wells Fargo Home Mortgage
      1 Home Campus
      Des Moines, IA   50238