United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Emmaivette Vasquez  
      Debtor

Case No. 11-13222-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Aug 03, 2016  
                   Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
```
db           +Emmaivette Vasquez,    5914 Roosevelt Boulevard,    Philadelphia, PA 19149-3708
              Childrens Hospital of Philadelphia,    Attn: Stephanie Mancini,    Payroll Department,
                34th street Civic Center Boulevard,    Philadelphia, Pa  19104
cr           +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
12385482     +Wells Fargo Home Mortgage,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE paeb@fedphe.com
              D. TROY SELLARS    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 tsellars@cozen.com
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              SHERRI  DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com,   shrdlaw@verizon.net
              SHERRI  DICKS    on behalf of Debtor Emmaivette  Vasquez shrdlaw@hotmail.com,   shrdlaw@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
```
                                                                                                       TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re:  Emmaivette Vasquez, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr.# 11-13222/ELF |

**ORDER**

**AND NOW**, upon consideration of the Motion of Debtor Emmaivette Vasquez, it is hereby

**ORDERED** that all wage orders are hereby VACATED, and the employer of Debtor is hereby ordered to immediately cease all deductions from the payroll earnings of Emmaivette Vasquez.

BY THE COURT:

**Date: August 3, 2016**

ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:  William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA    19106-0119

Andrew R. Vara
Acting United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa 19107

Children's Hospital of Philadelphia
**Attn:  Stephanie Mancini,
Payroll Department**
34th & Civic Center Boulevard
Philadelphia, PA 19104

Emmaivette Vasquez
5914 Roosevelt Boulevard
Philadelphia, PA   19149

Wells Fargo Home Mortgage, Inc.
3476 Stateview Boulevard
Fort Mill, SC   29715-0000

Wells Fargo Home Mortgage
1 Home Campus
Des Moines, IA   50238