## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re:    Emmaivette Vasquez, | : | Chapter 13 |
|  | : |  |
| Debtor. | : | Bankr. #11-13222/ELF |
|  | : |  |

### ORDER

**AND NOW**, this _____ day of _____, 2016, at the Eastern District of Pennsylvania, upon notice of and by mutual agreement of the parties on the motion of Movant Emmaivette Vasquez ("Debtor") for turnover of overpaid funds and post-confirmation modification of the Fourth Amended Plan for the limited purpose that the Chapter 13 Standing Trustee may return to the Debtor overpaid monies to creditor Wells Fargo Home Mortgage in the amount of $11,222.84:

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Standing Trustee is directed to return $11,222.84 in overpaid funds to Debtor Emmaivette Vasquez on or before ten (10) days from the date of this Order; and

**IT FURTHER ORDERED THAT:**

Post confirmation modification of the Fourth Amended Chapter 13 Plan is permitted for the limited purpose of permitting the return of overpaid funds to the Debtor.

BY THE COURT:

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

cc:  Pamela Blalock, Courtroom Deputy
     Service List

**Service List:**

William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA    19106-0119

Andrew R. Vara
Acting United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Andrew L. Spivack, Esquire
Counsel for GMAC Mortgage/US Bank
Phelan Hallinan & Schmieg, LP
1617 JFK Blvd., Suite 1400
Philadelphia, PA   19102

Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595

Albert James Millar
Counsel
PA Department of Revenue
Office of Chief Counsel
Dept. 281061
Harrisburg, PA 17128-1061

Jerome Ross
Philadelphia Gas Works
Attn:  Bankruptcy Unit
800 W. Montgomery Avenue, 3F
Philadelphia, PA 19122-0050

Virginia Powel, Esquire
Office of the United States Attorney
Room 1250, 615 Chestnut Street
Philadelphia, PA 19106-4404

John F. Lindinger
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Jesse Lawyer, Manager
AES/PHEAA
P.O. BOX 1463
HARRISBURG, PA 17105

Richard S. Ralston, Esquire
Attorney for Candica L.L.C.
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA  98121

Tsys Debt Management
Collector for Capital One Bank
P.O. Box 5155
Norcross, GA   30091

Capital One
P.O. Box 30285
Salt Lake City, UT   84130-0285

Capital One Auto Finance
P.O. Box 901076
Fort Worth, TX   76101-2076

Lisa Anne Anderson
AFNI, Inc.
P.O. Box 3667
Bloomington, IL   61702

Palisades Collection, L.L.C.
P.O. Box 1244
Englewood Cliffs, NJ   07632-0244

Jefferson Capital Systems LLC
P.O. Box 23051
Columbus, GA   31902-3051

Vativ as Agent for Palisades
Asta Funding
P.O. Box 19249
Sugar Land, TX   77496-9249

Emmaivette Vasquez
5914 Roosevelt Boulevard
Philadelphia, PA  19149

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA   95696-8208