## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In re:    Emmaivette Vasquez, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr. #11-13222/ELF |
| | : | |

### AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor Emmaivette Vasquez has filed a Motion to Compel Turnover of Funds and Modify the Fourth Amended Plan approved by this court September 21, 2012.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your review on the motion, then on or before 14 days from the date of this notice, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at
    Office of the Clerk, United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA   19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Movant's attorney:

    Sherri R. Dicks, Esquire
    Law Offices of Sherri R. Dicks, P.C.
    P.O. Box 42251
    Philadelphia, PA 19101

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled before the **Honorable Eric L. Frank,** Chief United States Bankruptcy Judge, on **September 27, 2016** at **1 P.M.** in **Courtroom No. 1,** U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market St., Philadelphia, PA 19107-4299.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.


Date:  September 8, 2016                    LAW OFFICES OF SHERRI R. DICKS, P.C.

                                    By:  /s/Sherri Dicks
                                        SHERRI DICKS
                                        P.O. Box 42251
                                        Philadelphia, PA   19101
                                        Telephone:  (215) 735-2751
                                        Telecopier:  (215) 735-2753

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In re:  Emmiavette Vasquez, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr.# 11-13222/ELF |
| | : | |

### AMENDED CERTIFICATE OF SERVICE

I, Sherri Dicks, Esquire, counsel for the Debtor/Movant in this matter, hereby certify that on this 8th day of September 2016, a copy of the foregoing Notice of Motion to Compel Turnover of Funds and Post Confirmation of Fourth Amended Plan of Debtor Emmiavette Vasquez was served upon the parties on the below service list by either electronic mail and/or first class electronic mail, postage prepaid:

**Service List:**

William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA    19106-0119

Andrew R. Vara
Acting United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Andrew L. Spivack, Esquire
Jerome Blank, Esquire
Counsel for US Bank / Wells Fargo Bank, N.A.
Phelan Hallinan & Schmieg, LP
1617 JFK Blvd., Suite 1400
Philadelphia, PA   19102

U.S. Bank, National Association, et al.
c/o Wells Fargo Bank, N.A.
**Attn:  Bankruptcy Department**
MAC # D3347-014
3476 Stateview Boulevard
Fort Mill, SC   29715

John F. Lindinger
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Megan Harper, Esquire
Deputy City Solicitor
City of Philadelphia
1515 Arch Street,  Fifth Floor
Philadelphia, PA 19102-1595

Mai Thor
ECMC
P.O. Box 75906
Saint Paul, MN   55175

Natalie Waller
AFNI, Inc.
P.O. Box 3247
Bloomington, IL   61702

Stephen Braun
Palisades Acquisition IX, LLC
Vativ Recovery Solutions, LLC d/b/a SMC
As Agent for Palisades Acquisition IX, LLC
P.O. Box 40728
Houston, TX   77240-0728

Richard S. Ralston, Esquire
Larry Johnson
Vanda, LLC
c/o Weinstein and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA   98121

Eileen P. Graham
RJM Acquisitions
575 Underhill Blvd., Suite 224
Syosset, NY   11791

Lovetta Walls
Midland Funding, LLC
By American Infosource as Agent
P.O. Box 4457
Houston, TX   77210-4457

Emmaivette Vasquez
5914 Roosevelt Boulevard
Philadelphia, PA  19149

/s/ Sherri Dicks
SHERRI DICKS

2