**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In re: Emmaivette Vasquez, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr.# 11-13222/ELF |

## CERTIFICATION OF NO RESPONSE

I, Sherri R. Dicks, Esquire, attorney for the above-named Debtor, hereby certify that No Response was made to the Amended Notice and Motion of Debtor Emmaivette Vasquez to Compel Turnover of Funds and Post-Confirmation Modification of Fourth Amended Plan filed respectively on September 8, 2016 and August 4, 2016, and do respectfully request that the Motion be sustained and the Amended Order be entered as presented on August 30, 2016.

LAW OFFICES OF SHERRI R. DICKS, P.C.

Dated: September 23, 2016    By:   /s/Sherri Dicks

SHERRI DICKS
Attorneys for Debtor/Movant Emmaivette Vasquez