# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re:   Emmaivette Vasquez, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bankr. #11-13222/ELF |
| | : | |

## ORDER

**AND NOW**, this __28th__ day of _____September_____, 2016, at the Eastern District of Pennsylvania, upon notice of and by mutual agreement of the parties on the motion of Movant Emmaivette Vasquez ("Debtor") for turnover of overpaid funds and post-confirmation modification of the Fourth Amended Plan for the limited purpose that the Chapter 13 Standing Trustee may return to the Debtor overpaid monies to creditor Wells Fargo Home Mortgage in the amount of $11,222.84:

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Standing Trustee is directed to return $11,222.84 in overpaid funds to Debtor Emmaivette Vasquez on or before ten (10) days from the date of this Order; and

**IT FURTHER ORDERED THAT:**

Post confirmation modification of the Fourth Amended Chapter 13 Plan is permitted for the limited purpose of permitting the return of overpaid funds to the Debtor.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**