United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Emmaivette Vasquez
     Debtor

Case No. 11-13222-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 28, 2016
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db         +Emmaivette Vasquez,   5914 Roosevelt Boulevard,    Philadelphia, PA 19149-3708
cr         +WELLS FARGO HOME MORTGAGE,   MAC X7801-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
         ANDREW  SPIVACK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE paeb@fedphe.com
         D. TROY SELLARS    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
          HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 D.Troy.Sellars@usdoj.gov
         JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
          HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         SHERRI  DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com,   shrdlaw@verizon.net
         SHERRI  DICKS    on behalf of Debtor Emmaivette  Vasquez shrdlaw@hotmail.com,   shrdlaw@verizon.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re:    Emmaivette Vasquez, | : | Chapter 13 |
|  | : |  |
| Debtor. | : | Bankr. #11-13222/ELF |
|  | : |  |

**ORDER**

**AND NOW**, this __28th__ day of _____September_____, 2016, at the Eastern District of Pennsylvania, upon notice of and by mutual agreement of the parties on the motion of Movant Emmaivette Vasquez ("Debtor") for turnover of overpaid funds and post-confirmation modification of the Fourth Amended Plan for the limited purpose that the Chapter 13 Standing Trustee may return to the Debtor overpaid monies to creditor Wells Fargo Home Mortgage in the amount of $11,222.84:

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Standing Trustee is directed to return $11,222.84 in overpaid funds to Debtor Emmaivette Vasquez on or before ten (10) days from the date of this Order; and

**IT FURTHER ORDERED THAT:**

Post confirmation modification of the Fourth Amended Chapter 13 Plan is permitted for the limited purpose of permitting the return of overpaid funds to the Debtor.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**