United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-13222-elf
Emmaivette Vasquez                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
```
db           +Emmaivette Vasquez,   5914 Roosevelt Boulevard,   Philadelphia, PA 19149-3708
cr            ECMC,   P.O. Box 75906,   St. Paul, MN   55175
cr           +US BANK NATIONAL ASSOCIATION AS TRUSTEE,   Phelan Hallinan & Schmieg, LLP,
               c/o Andrew L. Spivak, Esq.,   1617 JKf Boulevard, Suite 1400,   One Penn Center Plaza,
               Philadelphia, PA 19103-1823
cr           +WELLS FARGO HOME MORTGAGE,   MAC X7801-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
12441198     +AES/PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
12385466     +AES/Pheaa,   P.O. Box 2461,   Harrisburg, PA 17105-2461
12385480    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Tsys Debt Management,   Collector for Capital One Bank,
               P.O. Box 5155,   Norcross, GA 30091)
12385469      Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
12516549      ECMC,   P.O. Box 16408,   Saint Paul, MN 55116-0408
12385471     +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
12385472     +HSBC Bank,   Household Credit Services,   P.O. Box 5253,   Carol Stream, IL 60197-5253
12385475     +Palisades Collection, L.L.C.,   P.O. Box 1244,   Englewood Cliffs, NJ 07632-0244
12450824     +U.S. Bank National Association,   Bankruptcy Department,   Wells Fargo Bank, N.A.,
               One Home Campus MAC X2302-04C,   Des Moines, IA 50328-0001
13455166     +US Bank National Association, Et al.,   Wells Fargo Bank, N.A.,
               Attention: bankruptcy department,   MAC # D3347-014,   3476 Stateview Boulevard,
               Fort Mill, SC 29715-7203
12385481     +Vativ as Agent for Palisades /,   Asta Funding,   P.O. Box 19249,   Sugar Land, TX 77496-9249
12385482     +Wells Fargo Home Mortgage,   3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:15    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:03
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:58    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:17:44
               Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 02:07:12
               Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12385467     +E-mail/Text: EBNProcessing@afni.com Nov 17 2016 02:10:38    AFNI,   P.O. Box 3097,
               Bloomington, IL 61702-3097
12457486     +E-mail/Text: EBNProcessing@afni.com Nov 17 2016 02:10:38    Afni, Inc.,   PO BOX 3247,
               Bloomington, IL 61702-3247
12385468      E-mail/Text: EBNProcessing@afni.com Nov 17 2016 02:10:38    Anderson Fin Network / Bloom,
               404 Brock Drive,   P.O. Box 3097,   Bloomington, IL 61702-3097
12445219     +E-mail/Text: bncmail@w-legal.com Nov 17 2016 02:10:41    CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12483525      E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:15    City of Philadelphia,
               SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
               1515 Arch Street, 15th Floor,   Philadelphia, PA  19102-1595
12385470     +E-mail/Text: bk.notifications@jpmchase.com Nov 17 2016 02:09:48    Chase Auto Finance,
               P.O. Box 901076,   Fort Worth, TX 76101-2076
12535518      E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:06:58    Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12925222      E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:07:20    Granite Recovery LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
12626620     +E-mail/Text: cio.bncmail@irs.gov Nov 17 2016 02:09:43    Internal Revenue Service,
               P O box 7346,   Philadelphia PA 19101-7346
12385473      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 17 2016 02:10:45    Jefferson Capital Systems, LLC,
               P.O. Box 23051,   Columbus, GA 31902-3051
12385474     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2016 02:07:27    LVNV Funding,
               P.O. Box 10497,   Greenville, SC 29603-0497
12933777      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:17:17    Midland Funding LLC,
               by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
12442422      E-mail/Text: ebn@vativrecovery.com Nov 17 2016 02:09:46    Palisades Acquisition IX, LLC,
               Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
               PO Box 40728,   Houston TX 77240-0728
12385477     +E-mail/Text: equiles@philapark.org Nov 17 2016 02:11:55    Philadelphia Parking Authority,
               Boot/Tow Operations,   P.O. Box 41818,   Philadelphia, PA 19101-1818
12385476     +E-mail/Text: equiles@philapark.org Nov 17 2016 02:11:55    Philadelphia Parking Authority,
               P.O. Box 41819,   Philadelphia, PA 19101-1819
12385478     +E-mail/Text: csidl@sbcglobal.net Nov 17 2016 02:10:57    Premier Bankcard/Charter,
               P.O. Box 2208,   Vacaville, CA 95696-8208
```

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW              Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12501239         E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:06:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13037199        +E-mail/Text: bncmail@w-legal.com Nov 17 2016 02:10:56      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Equable Ascent Financial, LLC,    c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
aty           ##+Sherri Dicks,    215 South Broad Street,    Suite 502,    Philadelphia, PA 19107-5325
12385479      ##+RJM Acquisitions Funding LLC,    575 Underhill Bouldvard, Suite 224,    Syosset, NY 11791-3416
12391994      ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
12656142      ##+Sherri Dicks, Esquire,    215 S. Broad Street, Suite 502,    Philadelphia, PA 19107-5325
                                                                                 TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
```
              ANDREW   SPIVACK     on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE paeb@fedphe.com
              D. TROY SELLARS     on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK     on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              SHERRI   DICKS    on behalf of Debtor Emmaivette  Vasquez shrdlaw@hotmail.com, shrdlaw@verizon.net
              SHERRI   DICKS    on behalf of Attorney Sherri  Dicks shrdlaw@hotmail.com, shrdlaw@verizon.net
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Emmaivette Vasquez
    Debtor(s)

Bankruptcy No: 11−13222−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/16

147 − 146
Form 138_new