United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-13222-elf
Emmaivette Vasquez                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Jan 03, 2017
                        Form ID: 195       Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2017.
db          +Emmaivette Vasquez,   5914 Roosevelt Boulevard,   Philadelphia, PA 19149-3708
cr           ECMC,   P.O. Box 75906,   St. Paul, MN  55175
cr          +US BANK NATIONAL ASSOCIATION AS TRUSTEE,   Phelan Hallinan & Schmieg, LLP,
              c/o Andrew L. Spivak, Esq.,   1617 JKf Boulevard, Suite 1400,   One Penn Center Plaza,
              Philadelphia, PA 19103-1823
cr          +WELLS FARGO HOME MORTGAGE,   MAC X7801-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Jan 04 2017 01:54:53    Equable Ascent Financial, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 04 2017 01:55:05
              Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2017 01:55:03
              Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
cr          +E-mail/Text: bncmail@w-legal.com Jan 04 2017 01:59:30    Vanda, LLC,
              c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ##+Sherri Dicks,   215 South Broad Street,   Suite 502,   Philadelphia, PA 19107-5325
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:
          ANDREW SPIVACK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE paeb@fedphe.com
          D. TROY SELLARS    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
           HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 D.Troy.Sellars@usdoj.gov
          JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
           HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-WF1 paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    US BANK NATIONAL ASSOCIATION AS TRUSTEE
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          SHERRI DICKS    on behalf of Debtor Emmaivette Vasquez shrdlaw@hotmail.com, shrdlaw@verizon.net
          SHERRI DICKS    on behalf of Attorney Sherri Dicks shrdlaw@hotmail.com, shrdlaw@verizon.net
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Emmaivette Vasquez                                        : Case No. 11−13222−elf
       Debtor(s)

### ORDER
_____

AND NOW, this day , January 3, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

152
Form 195